**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :    No. 166 MAL 2023

       Petitioner                    :

                                     :    Petition for Allowance of Appeal
                                     :    from the Order of the Superior Court
       v.                          :

                                     :

JOHN MICHAEL PERZEL,             :

       Respondent                   :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 11th day of July, 2023, the Petition for Allowance of Appeal is **DENIED**.